**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

July 7, 2010

Clerk, U.S. Bankruptcy Court

RE: Norman R. & Rhodora S. Bradigan
    Bankruptcy Case No.  1-05-03436
    Unclaimed Funds For: Citifinancial Mortgage Co.
                        PO Box 183040
                        Columbus OH 43218-3040

Dear Clerk:

Enclosed herewith please find check No.778905 for $1,686.79 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager